UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 21-014 MJD/LIB

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 1111 |
| | 18 U.S.C. § 1151 |
| v. | 18 U.S.C. § 1153(a) |
| RALPH EDWARD CLOUD, Jr. | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Murder in the Second Degree)

On or about September 12, 2020, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**RALPH EDWARD CLOUD, Jr.**

an Indian, did unlawfully kill A.J.S. with malice aforethought, all in violation of Title 18, United States Code, Sections 1111, 1151, and 1153(a).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY            FOREPERSON



SCANNED
JAN 14 2021
U.S. DISTRICT COURT MPLS