UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 21-014 (MJD/LIB) |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM IN SUPPORT** |
| | ) | **OF MOTION TO COMPEL** |
| v. | ) | **DISCLOSURE OF EVIDENCE** |
| | ) | **FAVORABLE TO THE** |
| RALPH EDWARD CLOUD, Jr., | ) | **DEFENDANT** |
| | ) | |
| Defendant. | ) | |

Suppression by the prosecution of evidence favorable to the defense violates due process and can invalidate a subsequent conviction.  Brady v. Maryland, 373 U.S. 83, 83 S.Ct. 1195 (1963); Mooney v. Holohan, 294 U.S. 103 (1935); Almeida v. Baldi, 195 F.2d 815 (3rd Cir. 1951), cert. denied, 345 U.S. 904 (1953); Giglio v. United States, 405 U.S. 150, 92 S.Ct. 763, 31 L.Ed.2d 104 (1972).   Further, the fact that the evidence may not necessarily be admissible or material does not obviate the government of the responsibility to disclose.  Griffin v. United States, 366 U.S. 704 (1959); Inge v. United States, 356 F.2d 345 (D.C. Cir. 1966).

Particularized requests have been included in the motion in compliance with United States v. Agurs, 427 U.S. 97, 96 S.Ct. 2392 (1976).

Dated: February 15, 2021                    Respectfully submitted,

                                            *s/ Andrew H. Mohring*
                                            ANDREW H. MOHRING
                                            Attorney ID No. 190731
                                            Attorney for Defendant
                                            107 U.S. Courthouse
                                            300 South Fourth Street
                                            Minneapolis, MN 55415