UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 21-014 (MJD/LIB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR DISCOVERY OF** |
| v. | ) | **STATEMENTS, ADMISSIONS, OR** |
| | ) | **ANSWERS** |
| RALPH EDWARD CLOUD, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

The discovery produced to date indicates that statements to law enforcement on and after September 13, 2020 are attributed to Mr. Cloud.   Disclosed reports allege that Mr. Cloud was questioned by law enforcement on that day, and that a written statement made sometime after is also attributed to him.   Accordingly, Ralph Cloud, through counsel, respectfully moves the Court to order the prosecutor to inform the Court and the defendant of the existence and contents of any confessions or statements in the nature of confessions, pursuant to Rule 12(b)(2).   These disclosures should extend to any evidence derived from or discovered as a result of any confessions or statements in the nature of confessions obtained from the defendant.

This motion is based on the indictment, the records and files in this above entitled action, and any and all other matters which may be presented prior to or at the time of the hearing of said motion.

Dated: February 15, 2021                    Respectfully submitted,

*s/ Andrew H. Mohring*
ANDREW H. MOHRING
Attorney ID No. 190731
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415