UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 21-014 (MJD/LIB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO SUPPRESS** |
| v. | ) | **STATEMENTS, ADMISSIONS, AND** |
| | ) | **ANSWERS ON AND AFTER** |
| RALPH EDWARD CLOUD, Jr., | ) | **SEPTEMBER 13, 2020** |
| | ) | |
| Defendant. | ) | |

The discovery produced to date indicates that statements to law enforcement on and after September 13, 2020 are attributed to Mr. Cloud. Disclosed reports allege that Mr. Cloud was questioned by law enforcement on that day, and that a written statement made sometime after is also attributed to him. The circumstances surrounding these statements contain indication of custodial interrogation. Accordingly, Ralph Cloud, through counsel, moves the Court for an order suppressing these statements, admissions and answers.

As grounds for said motion, defendant states:

1. That the statements, admissions or answers made by the defendant were made without the assistance or benefit of counsel in violation of defendant's Fifth Amendment and Sixth Amendment rights under the Constitution of the United States.

2. That the statements, admissions, or answers made by the defendant were not given freely and voluntarily, thereby violating this defendant's rights under the Fourth Amendment and Fifth Amendment to the Constitution of the United States.

3. That the statements, admissions, or answers were the result of interrogation, under circumstances that amount to custody, without the benefit of a valid advice-of-rights process.

4. For such other reasons as may appear upon an oral hearing of this motion.

Dated: February 15, 2021               Respectfully submitted,

                                       *s/ Andrew H. Mohring*
                                       ANDREW H. MOHRING
                                       Attorney ID No. 190731
                                       Attorney for Defendant
                                       107 U.S. Courthouse
                                       300 South Fourth Street
                                       Minneapolis, MN 55415